## STATE OF CONNECTICUT *v.* ALBERT RUPAR

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 641 (AC 24202), is denied.

*Richard W. Callahan*, special public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided March 31, 2005